```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA,             :
                                      :   21 CR 324 (VM)
     - against -                      :
                                      :
RICARDO ALEXANDER MUNGUIA,            :   ORDER
                      Defendant.      :
-------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:\_\_\_\_ DATE FILED: June 10, 2021**

**VICTOR MARRERO, United States District Judge.**

The hearing currently scheduled for Friday, June 11, 2021 at 12:30 p.m. is hereby adjourned to Friday, June 18, 2021 at 12:30 p.m. In light of the ongoing public health emergency, the hearing shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The Government shall serve a copy of this Order on the Clerk of the Court, who is the authorized agent for service under Federal Rule of Criminal Procedure 46(f)(3)(B). The Clerk of Court is, in turn, respectfully directed to serve a copy of this Order, the Court's May 28, 2021 Order (Dkt. No. 10), the Government's Motion (Dkt. No. 8), and all supporting submissions on sureties Maria Munguia and Ricardo Munguia at their last known address.

**SO ORDERED.**

Dated:   New York, New York
         10 June 2021

_____
Victor Marrero
U.S.D.J.