```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 18, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RICARDO ALEXANDER MUNGUIA,
a/k/a/ "Ricardo Manguia,"

                Defendant.

21 Cr. 324 (VM)

ORDER

This matter having come on to be heard on the motion of Audrey Strauss, United States Attorney for the Southern District of New York, by Matthew J. King, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

The $100,000 personal recognizance bond executed by defendant Ricardo Alexander Munguia and sureties Maria Munguia and Ricardo Munguia be and hereby is FORFEITED.

SO ORDERED.

Dated: New York, New York
      18 June 2021

_____
Victor Marrero
U.S.D.J.