```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 7, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RICARDO ALEXANDER MUNGUIA,
a/k/a/ "Ricardo Manguia,"

　　　　　　　　　　Defendant.

**ORDER AND JUDGMENT**

21 Cr. 324 (VM)

　　This matter having come on to be heard on the motion of Audrey Strauss, United States Attorney for the Southern District of New York, by Matthew J. King, Assistant United States Attorney,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

　　1.　　The $100,000 personal recognizance bond executed by defendant Ricardo Alexander Munguia and sureties Maria Munguia and Ricardo Munguia be and hereby is FORFEITED.

　　2.　　Judgment in the amount of $100,000 in favor of the United States of America and against defendant Ricardo Alexander Munguia and sureties Maria Munguia and Ricardo Munguia, who are jointly and severally liable, hereby is ENTERED and the United States of America shall have execution therefor.

SO ORDERED.

Dated: New York, New York

　　　7 July 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.