USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                               :
UNITED STATES OF AMERICA       :
                               :         **ORDER**
           - v. -                 :
                               :         21 Cr. 324 (VM)
RICARDO ALEXANDER MUNGUIA,   :
   a/k/a "Ricardo Manguia"          :
                               :
          Defendant.           :
                               :
------------------------------- x

        WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Robert W. Lehrburger on May 27, 2022;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

        WHEREAS, a copy of the plea agreement between the defendant and the Government was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, plea agreement, and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:       New York, New York
               June 6     , 2022

                                                      Victor Marrero
                                                       U.S.D.J.
                                   SOUTHERN DISTRICT OF NEW YORK